# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDDIE RAMIREZ, Jr.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-0012** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **JOHN WETZEL,** *et al.,* : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply Court orders.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   June 13, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0012-01-order.wpd